# United States Court of Appeals
# for the Fifth Circuit

————————

No. 25-60449
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

August 5, 2026

Lyle W. Cayce
Clerk

Mrisho M. Mzese,

*Petitioner*,

*versus*

Todd Wallace Blanche, *Acting U.S. Attorney General*,

*Respondent*.

————————————————————

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A095 475 119

————————————————————

Before Davis, Richman, and Oldham, *Circuit Judges*.
Per Curiam:[*]

Mrisho M. Mzese, a native and citizen of Tanzania, petitions this court for review of a decision of the Board of Immigration Appeals (BIA) dismissing his appeal from the immigration judge's denial of a waiver of inadmissibility and adjustment of status, cancellation of removal, asylum, withholding of removal, and protection under the Convention Against Torture. Because this court received his petition more than 30 days after the

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-60449

issuance of the BIA's decision, and Mzese fails to meet the requirements of Federal Rule of Appellate Procedure 25(a)(2)(A)(iii) to benefit from the prison mailbox rule, the petition is DENIED as UNTIMELY. *See Liao v. Bondi*, 162 F.4th 519, 525-26 (5th Cir. 2025); 8 U.S.C. § 1252(b)(1).